IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA M. ROHALEY,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    Civil Action No. 04-1075<br>) |
| WKI HOLDING COMPANY, INC.,<br>    Defendant. | )<br>) |

## ORDER

AND NOW, this 25th day of October, 2005, after the plaintiff, Lisa M. Rohaley, filed an action in the above-captioned case, and after a motion to dismiss was submitted by the defendant, WKI Holding Company, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 22), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for summary judgment (Docket No. 15) is granted.

                                               *[signature]*
                               For   Donetta W. Ambrose
                                       United States Chief District Judge

cc:    Scott W. Spadafore
        223 Second Street
        Monongahela, PA 15063

        O. Daniel Ansa
        Piper Rudnick LLP

One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103